IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
GREAT FALLS DIVISION

| | |
|---|---|
| MICHELLE STOVERN, as PERSONAL REPRESENTATIVE OF THE ESTATE OF ASHTON CLARK GILLMING STOVERN,<br><br>Plaintiff,<br><br>vs.<br><br>BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, and JOHN DOES 1-5,<br><br>Defendants. | CV-23-29-GF-BMM<br><br>**ORDER** |

Defendant has moved for an order allowing Emily Vanderlaan, Esq., to appear *pro hac vice* in this case with Anthony M. Nicastro, Esq., designated as local counsel.  (Doc. 10.)  The application of Ms. Vanderlaan appears to be in compliance with L.R. 83.1(d).  **IT IS ORDERED**:

Defendant's motion to allow Ms. Vanderlaan to appear on its behalf (Doc. 10) is **GRANTED**, subject to the following conditions:

1. Local counsel shall exercise the responsibilities required by L.R. 83.1(d)(5) and must be designated as lead counsel or as co-lead counsel;

2. Ms. Vanderlaan must do her own work. She must do her own writings, sign his own pleadings, motions, briefs, and, if designated co-lead counsel, must appear and participate personally in all proceedings before the Court;

3. The Applicant Attorney shall take steps to register in the Court's electronic filing system ("CM-ECF"). Further information is available on the Court's website, www.mtd.uscourts.gov.

4. Local counsel shall also sign all such pleadings, motions and briefs and other documents served or filed; and

5. Admission is personal to Ms. Vanderlaan, not the law firm she works for.

6. Local counsel will provide a copy of this order to pro hac counsel.

**IT IS FURTHER ORDERED**:

Ms. Vanderlaan must file, within fifteen (15) days from the date of this Order, an acknowledgment and acceptance of her admission under the terms set forth above.

DATED this 20th day of July, 2023.

_____
Brian Morris, Chief District Judge
United States District Court