### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MONTANA
### GREAT FALLS DIVISION

| | |
|---|---|
| MICHELLE STOVERN, as PERSONAL REPRESENTATIVE OF THE ESTATE OF ASHTON CLARK GILLMING STOVERN, <br><br> Plaintiff, <br><br> vs. <br><br> BURLINGTON NORTHERN SANTA FE RAILWAY COMPANY, and JOHN DOES 1-5, <br><br> Defendants. | Case No. CV 23-29-GF-BMM <br><br> **ORDER GRANTING PLAINTIFF'S UNOPPOSED MOTION TO VACATE SCHEDULING ORDER AND REQUEST SCHEDULING CONFERENCE** |

Pursuant to Plaintiff's Unopposed Motion to Vacate the Scheduling Order in this case, and with good cause appearing, IT IS HEREBY ORDERED that Plaintiff's Motion is GRANTED and the Scheduling Order entered on August 16, 2023, is hereby vacated. IT IS FURTHER ORDERED that a scheduling conference will be held telephonically on April 4, 2024 at 1:30 p.m. The call-in number is 877-402-9753; access code: 5136505.

DATED this 28th day of March, 2024.

_____
Brian Morris, Chief District Judge
United States District Court